**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

☐ Check if this an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Rita**<br>First name<br><br>**Larkins**<br>Middle name<br><br>**Peters**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-8013** | |

Debtor 1    **Rita Larkins Peters**                                    Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** Any business names and **Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5.** Where you live | **3218 Sabine Street**<br>**New Orleans, LA 70114**<br>Number, Street, City, State & ZIP Code<br><br>**Orleans**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** Why you are choosing *this district* to file for bankruptcy | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

Debtor 1     **Rita Larkins Peters**                                                  Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☒ Chapter 13

**8.** **How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☒ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |

**11.** **Do you rent your residence?**

☒ No.     Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

　　　　☐ No. Go to line 12.

　　　　☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **Rita Larkins Peters**                                              Case number *(if known)*

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1 **Rita Larkins Peters**                                         Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and that exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Rita Larkins Peters**                                         Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Rita Larkins Peters**

**Rita Larkins Peters**                                              Signature of Debtor 2
Signature of Debtor 1

Executed on    **August 10, 2017**                           Executed on
                      MM / DD / YYYY                                                      MM / DD / YYYY

Debtor 1   **Rita Larkins Peters**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Timothy P. Kirkpatrick,**                          Date      **August 10, 2017**

Signature of Attorney for Debtor                                  MM / DD / YYYY

**Timothy P. Kirkpatrick,**

Printed name

**Kirkpatrick and Associates, LLC**

Firm name

**3501 N. Causeway Blvd., Ste# 750**
**Metairie, LA 70002**

Number, Street, City, State & ZIP Code

Contact phone   **504-828-3311**                    Email address      **kirkpatrick@kirkpatrick-law.com**

**20251/ Mark Needham, 9914**

Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rita Larkins Peters** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $ 195,622.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | $ 144,222.50 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................ | $ 339,844.50 |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 231,818.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 2,000.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 22,438.00 |
| **Your total liabilities** | $ 256,256.00 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $ 4,973.28 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $ 3,872.86 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Rita Larkins Peters** _____   Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   $ _____ **5,204.89**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 2,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 2,000.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Rita Larkins Peters** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

| | | |
|---|---|---|
| **1.1** | | |

**3218 Sabine Street**
Street address, if available, or other description

**New Orleans**     **LA**     **70114-0000**
City       State      ZIP Code

**Orleans**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**owns with son-in-law**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $195,622.00 | $195,622.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................................=>**

| $195,622.00 |
|---|

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor 1    **Rita Larkins Peters**                                                        Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: | **Nissan** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Make: **Nissan**
Model: **Altima**
Year: **2013**
Approximate mileage:
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$12,387.50** | **$12,387.50** |

3.2
Make: **Kia**
Model: **Optima**
Year: **2014**
Approximate mileage:
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$10,625.00** | **$10,625.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5 Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>

| **$23,012.50** |
|---|

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Household goods and furnishings | $35,000.00 |
|---|---|

| Household goods and furnishings (Surrender any properly described household goods, furnishings, and other possessions legally pledged, liened and securitized; still in Debtor's possession) | **Unknown** |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
■ No
☐ Yes.  Describe.....

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor 1 | **Rita Larkins Peters** | Case number *(if known)* |
|---|---|---|

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes. Describe.....

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes. Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| Clothes | $2,500.00 |
|---|---|

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe.....

| Jewelry | $5,500.00 |
|---|---|

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

| $43,000.00 |
|---|

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
■ Yes.................................................................................................................

| Cash on hand | $10.00 |
|---|---|

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Rita Larkins Peters**                                    Case number *(if known)*

■ Yes........................                          Institution name:

| | | | | |
|---|---|---|---|---|
| 17.1. | **Checking** | **Chase Bank** | | **$3,000.00** |
| 17.2. | **Savings** | **Chase Bank** | | **$100.00** |
| 17.3. | **Checking** | **Capital One** | | **$100.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
                          Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                          Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                          Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Rita Larkins Peters** | Case number *(if known)* |
|---|---|---|

☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

■ Yes.  Give specific information..

| Three (3) weeks unpaid pay from Progressive which has gone out of business | **Unknown** |
|---|---|

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No

■ Yes.  Give specific information..

| Debtors parents are both deceased and owned property located at 2233 General Taylor Street, New Orleans, LA 70115. The home is valued at approximately $337,000.00 with no mortgage. The debtor is one of 3 children. | **$75,000.00** |
|---|---|

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................................................................................

| **$78,210.00** |
|---|

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Debtor 1     **Rita Larkins Peters**                                    Case number *(if known)*

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ■ No. Go to Part 6.
    - ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ■ No. Go to Part 7.
    - ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☐ No
    - ■ Yes. Give specific information.........

| | |
|---|---|
| Earned Income Credit | Unknown |
| Any and all social security-based benefits that I/we or a member of my/our immediate family are or become entitled to receive. | Unknown |
| Possible FEMA Benefits | Unknown |
| Veterans' Benefits | Unknown |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................     $0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................... | | $195,622.00 |
| 56. | **Part 2: Total vehicles, line 5** | $23,012.50 | |
| 57. | **Part 3: Total personal and household items, line 15** | $43,000.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $78,210.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | +   $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $144,222.50    Copy personal property total | $144,222.50 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $339,844.50 |

## ACKNOWLEDGMENT OF RECEIPT

I acknowledge that I have received from Kirkpatrick & Associates, LLC, a copy of each of the following agreement and notices:

1. **Consultation Agreement**
2. **Notice Mandated By Section 342(b)(1) and 527(a)(1) of the Bankruptcy Code**
3. **Notice Mandated By Section 527(a)(2) of the Bankruptcy Code**
4. **Notice Mandated By Section 527(b) of the Bankruptcy Code**
5. **Notice Mandated By Section 342(b)(2) of the Bankruptcy Code**
6. **The Bankruptcy Information Sheet**

If my spouse was not present when I received a copy of these notices, I hereby also acknowledge receipt of said notices on behalf of my spouse, and promise to provide my spouse with either a copy of these notices or the opportunity to read and review the copy I received.

RiTAL.PeTers
PRINT NAME

Rita L. Peters
SIGNATURE

_____
PRINT NAME

_____
SIGNATURE

# KIRKPATRICK & ASSOCIATES, LLC

## Certificate of filing of tax returns

PRINT NAME: _Rita L. Peters_

I           H           W

I certify, under penalty of perjury, that I have filed all tax returns **that were required to have been filed** during the years: 2013, 2014, 2015 and 2016.

_Rita L. Peters_          _08-07-17_
SIGN                      DATE

# GEICO®

**geico.com**

**Tel:** 1-800-841-3000

CO CASUALTY COMPANY
One GEICO Center
Macon, GA 31295-0001

Date Issued: July 1, 2017

RITA L PETERS
3218 SABINE ST
NEW ORLEANS LA 70114-8048

Email Address: reginastripling@yahoo.com

# Declarations Page

This is a description of your coverage.
Please retain for your records.

**Policy Number: 4475-58-11-71**
**Coverage Period:**
08-04-17 through 02-04-18
12:01 a.m. local time at the address of the named insured.

| **Named Insured** | **Additional Driver** |
|---|---|
| Rita L Peters | Regina Maynard-Stripling |

| **Vehicles** | | **VIN** | **Vehicle Location** | **Finance Company/ Lienholder** |
|---|---|---|---|---|
| 1 2015 Honda | Accord EX | 1HGCR2F84FA159443 | New Orleans LA 70114 | Capital One Auto Finance |
| 2 2013 Nissan | Altima | 1N4AL3AP6DC230287 | New Orleans LA 70114 | Nissan Motor Acceptance |

| Coverages* | Limits and/or Deductibles | Vehicle 1 | Vehicle 2 |
|---|---|---|---|
| Bodily Injury Liability | | | |
| Each Person/Each Occurrence | $15,000/$30,000 | $349.54 | $378.63 |
| Property Damage Liability | $50,000 | $160.81 | $165.76 |
| Uninsured Motorists Bodily Injury | | | |
| Each Person/Each Occurrence | Insured Rejects | - | - |
| Comprehensive | $500 Ded | $124.87 | $128.43 |
| Collision | $500 Ded | $355.99 | $364.31 |
| Emergency Road Service | Full | $4.96 | $6.42 |
| Rental Reimbursement | $30 Per Day | $22.34 | $22.34 |
| | $900 Max | - | - |

| | | | |
|---|---|---|---|
| **Six Month Premium Per Vehicle** | | **$1,018.51** | **$1,065.89** |
| **Total Six Month Premium** | | | **$2,084.40** |

*Coverage applies where a premium or $0.00 is shown for a vehicle.

If you elect to pay your premium in installments, you may be subject to an additional fee for each installment. The fee amount will be shown on your billing statements and is subject to change.

T-Q
DEC_PAGE (03-14) (Page 1 of 2)

Continued on Back
Renewal Policy Page 11 of 14

## 118  K I A

Column headers (left to right): Rough Trade'n | Average Trade'n | Chan Loan | Chan Retail | Body Type | Model Number | MSRP | Wght | Trade-In Loan | Retail | Chan Loan | Chan Retail

### 2016 K900-V8
Add Certified Pre-Owned ... 1325

**Mileage Class: IV**

| Rough / Avg / Chan | Body Type | Model No. | MSRP | Wght | Trade-In Loan | Retail |
|---|---|---|---|---|---|---|
| 21150 23325 25150 | Sedan 4D Premium | LT4D3 | 48000 | 4376 | 22650 23250 | |
| 22825 25050 26900 | Sedan 4D Luxury | LU4D3 | 54900 | 4372 | 24225 30075 | |
| 25375 27650 29550 | Sedan 4D Luxury (V8) | LW4D4 | 61900 | 4610 | 26600 32825 | |

Trade-In Loan Retail: 2900 3225 / 3100 3450
Add Certified Pre-Owned ... 1625

### 2015 RIO-4 Cyl.
Add VIP Pkg. (Luxury V8)
Add VIP Plus Pkg. (Luxury V8)

**Mileage Class: I**

| Rough / Avg / Chan | Body Type | Model No. | MSRP | Wght | Trade-In Loan | Retail |
|---|---|---|---|---|---|---|
| 5300 6250 7000 | Sedan 4D LX | DM4A3 | 13900 | 2494 | 8300 | 9025 |
| 5425 6375 7125 | Sedan 4D EX | DN4A3 | 15840 | 2573 | 8825 | 9750 |
| 5825 6825 7625 | Sedan 4D SX | DP4A3 | 18040 | 2613 | 9775 | 10775 |
| 6200 6950 8950 | Sedan 4D LX | DN5A3 | 13992 | 2494 | 8275 | 8975 |
| 5875 6850 7625 | Hatchback 5D EX | DM5A3 | 17140 | 2573 | 8875 | 9700 |
| 6775 7775 8675 | Hatchback 5D SX | DP5A3 | 19740 | 2613 | 7725 | 10725 |

### 2015 SOUL-4 Cyl.
Add Auto/Alloy Wheels (Std.SX, Soul +/EV, Forte EX)
Add Navigation System

**Mileage Class: I**

| Rough / Avg / Chan | Body Type | Model No. | MSRP | Wght | Trade-In Loan | Retail |
|---|---|---|---|---|---|---|
| 7850 9025 9875 | Wagon 4D | JX2A/B2 | 15100 | 2711 | 8200 10875 |
| 9025 10100 10950 | Wagon 4D + | JP3A5 | 18600 | 2837 | 9075 11925 |
| 12125 13275 14200 | Wagon 4D SX | JX3A5 | 20700 | 2831 | 11200 14590 |
| 11050 12175 13073 | Wagon 4D EV | JN3AE | 35700 | 3289 | 11775 14950 |
| 12425 13575 14500 | Wagon 4D EV + | JP5AE | 38700 | 3289 | 13000 15425 |

### 2015 FORTE-4 Cyl.
Add Auto/Alloy Wheels (Std.SX, Soul +/EV, Forte EX)
Add Certified Pre-Owned (Rio)
Add Certified Pre-Owned (Soul)
Add Power Door Locks (Rio LX)
Add Power Seat
Add Power Windows (Rio LX)
Add Pwr Snf (Std.LX EX Premium)
Add Leather (Std.LX EX Prem)
Add Navigation (Std. Soul EV)

**Mileage Class: I**

| Rough / Avg / Chan | Body Type | Model No. | MSRP | Wght | Trade-In Loan | Retail |
|---|---|---|---|---|---|---|
| 9175 10250 11125 | Coupe 2D EX | FX6A8 | 18930 | 2826 | 9825 12575 |
| 6225 7200 8000 | Sedan 4D LX | FK4A5 | 19530 | 2925 | 10025 13500 |
| 6650 7650 8450 | Sedan 4D LX Popular | FK4A5 | 18400 | 2937 | 7200 10150 |
| 7675 ... | Sedan 4D EX | FX4A8 | 19330 | 2883 | 8450 11160 |
| 7425 ... | Sedan 4D EX Premium | F2A48 | 22000 | 3029 | 9525 12925 |
| 8675 9725 10675 | Sedan 4D EX Premium | F2A48 | 22000 | 3029 | 9525 11175 |
| 7650 8675 9600 | Hatchback 5D EX | F5A5 | 19670 | 2912 | 9525 11175 |
| 9725 11700 | Hatchback 5D SX | F2A43 | 20890 | 2970 | 10550 14125 |

### 2015 OPTIMA-4 Cyl.
Add Auto/Alloy Wheels (Std.SX, Soul +, Forte LX Popular/EX)
Add Certified Pre-Owned (Forte)
Add Certified Pre-Owned (Rio)
Add Certified Pre-Owned (Soul)
Add Infinity Stereo System
Add Leather (Std. EV Prem)
Add Navigation (Std. Soul EV)

**Mileage Class: II**

| Rough / Avg / Chan | Body Type | Model No. | MSRP | Wght | Trade-In Loan | Retail |
|---|---|---|---|---|---|---|
| 8875 10050 11000 | Sedan 4D LX | GM4A7 | 21650 | 3237 | 9900 13275 |
| 9425 10550 11450 | Sedan 4D EX | GN4A7 | 23500 | 3237 | 9750 13025 |
| 12150 13425 14450 | Sedan 4D SX | GR4A3 | 24700 | 3468 | 15500 19000 |
| 14800 16125 17200 | Sedan 4D SX Turbo | GR4A3 | 27700 | 3468 | 15500 19000 |
| 16350 17700 18800 | Sedan 4D LX Limited Turbo | GR4A3 | 35500 | 3468 | 21450 |
| 9425 10800 11550 | Sedan 4D Hybrid | GM4A3 | 25950 | 3586 | 13875 17775 |
| 12000 13275 14300 | Sedan 4D EX Hybrid | GN4A3 | 32150 | 3622 | 12875 16775 |

Trade-In Loan Retail: 300 / 350 / 575
"Std. SX Limited, Hybrid EX"
Add Power Seat (LX) — 275 / 325
Add Power Sunroof (Std.SX Ltd.) — 575 / 650

### 2015 CADENZA-V6
Add Technology Pkg. (Std. Ltd.) — 1300 1450
Add Power Sunroof (Std. Ltd.) — 625 / 700

| Rough / Avg / Chan | Body Type | Model No. | MSRP | Wght | Trade-In Loan | Retail |
|---|---|---|---|---|---|---|
| 14475 15800 16875 | Sedan 4D Premium | LM4D7 | 34900 | 3670 | 18200 21950 |
| 16325 17675 18775 | Sedan 4D Limited | LN4D7 | 43800 | 3785 | 19300 23775 |

---

## 119  K I A

Column headers (left to right): Rough Trade'n | Average Trade'n | Chan Loan | Chan Retail | Body Type | Model Number | MSRP | Wght | Trade-In Loan | Retail

### 2015 K900-V8
Add Certified Pre-Owned ... 1275

**Mileage Class: IV**

| Rough / Avg / Chan | Body Type | Model No. | MSRP | Wght | Trade-In Loan | Retail |
|---|---|---|---|---|---|---|
| 19550 21700 23475 | Sedan 4D Premium | LU4CA | 54500 | 4555 | 21150 25900 |
| 22225 24425 26275 | Sedan 4D Luxury | LW4CA | 59500 | 4555 | 23950 28825 |

Trade-In Loan Retail: 2300 2575
Add Certified Pre-Owned ... 1600

### 2014 RIO-4 Cyl.
Add VIP Package

**Mileage Class: I**

| Rough / Avg / Chan | Body Type | Model No. | MSRP | Wght | Trade-In Loan | Retail |
|---|---|---|---|---|---|---|
| 4400 5300 6025 | Sedan 4D LX | DM4A3 | 13800 | 2494 | 5425 8050 |
| 4550 5650 6325 | Sedan 4D EX | DN4A3 | 16700 | 2573 | 6050 8800 |
| 4550 5650 6550 | Sedan 4D SX | DP4A3 | 17820 | 2613 | 6075 8475 |
| 4550 5450 6350 | Hatchback 5D LX | DM5A3 | 13900 | 2494 | 5575 8050 |
| 5175 6100 6890 | Hatchback 5D EX | DN5A3 | 16900 | 2601 | 6175 8990 |
| 5750 6700 7475 | Hatchback 5D SX | DN6A3 | 17990 | 2617 | 6750 9825 |

### 2014 SOUL-4 Cyl.
Add Alloy Wheels (Std.SX, Soul +, Forte LX Popular/EX)
Add Certified Pre-Owned (Forte)
Add Certified Pre-Owned (Rio)
Add Certified Pre-Owned (Soul)
Add Leather (Std. EV Prem)

**Mileage Class: I**

| Rough / Avg / Chan | Body Type | Model No. | MSRP | Wght | Trade-In Loan | Retail |
|---|---|---|---|---|---|---|
| 7250 8275 9100 | Wagon 4D | JN2A/B2 | 14700 | 2714 | 8200 10875 |
| 8175 9225 10075 | Wagon 4D + | JP3A5 | 18200 | 2714 | 9075 11925 |
| 10375 11475 12375 | Wagon 4D SX | JX3A5 | 20300 | 2713 | 11150 14350 |

### 2014 FORTE-4 Cyl.
Add Navigation System
Add Power Door Locks (Rio LX)
Add Power Windows (Rio LX)
Add Pwr Snf (Std.LX EX Premium)
Add Leather (Std.LX EX Prem)
Add PwrSeat (Soul+,Forte EX/SX)

**Mileage Class: I**

| Rough / Avg / Chan | Body Type | Model No. | MSRP | Wght | Trade-In Loan | Retail |
|---|---|---|---|---|---|---|
| 6975 7575 8375 | Coupe 2D EX | FX6A8 | 18000 | 2820 | 6975 9500 |
| 8350 9400 10250 | Coupe 2D SX | F2A43 | 20600 | 2826 | 9225 12575 |
| 6075 7025 7400 | Sedan 4D LX | FK4A5 | 15900 | 2736 | 6675 9975 |
| 6750 7750 8550 | Sedan 4D LX Popular | FK4A6 | 18400 | 2751 | 7050 9975 |
| 6750 7750 8550 | Sedan 4D EX | FK4A8 | 22200 | 2857 | 9650 11175 |
| 8775 9600 | Sedan 4D EX Premium | F2A48 | 22000 | 2857 | 9650 11175 |
| 8975 9790 | Sedan 4D EX Premium | F5A43 | 19700 | 2912 | 11200 |
| 8700 9700 10600 | Hatchback 5D SX | F2A43 | 20900 | 2970 | 9550 12500 |

### 2014 OPTIMA-4 Cyl. ✏️ R.P. (handwritten annotation, circled)
Add Alloy Wheels (Std.SX, Soul+, Forte LX Popular/EX)
Add Certified Pre-Owned (Forte)
Add Certified Pre-Owned (Rio)
Add Certified Pre-Owned (Soul)
Add Infinity Stereo System
Add Navigation System

**Mileage Class: II**

| Rough / Avg / Chan | Body Type | Model No. | MSRP | Wght | Trade-In Loan | Retail |
|---|---|---|---|---|---|---|
| 7925 8950 9550 | Sedan 4D LX | GM4A7 | 21500 | 3237 | 8650 11700 |
| 10175 11375 12350 | Sedan 4D EX | GN4A7 | 23500 | 3237 | 11450 14700 |
| 10475 11700 12700 | Sedan 4D SX | GR4A6 | 25250 | 3237 | 11450 15075 |
| 13050 14025 14925 | Sedan 4D SX Turbo | GR4A6 | 27200 | 3468 | 13375 17325 |
| 8675 9825 10775 | Sedan 4D Hybrid | GM4A3 | 26600 | 3468 | 14000 19000 |
| 11100 12350 13350 | Sedan 4D LX Hybrid | GN4A0 | 31995 | 3622 | 12025 19775 |

Trade-In Loan Retail: 300 / 350 / 450
"Std. SX Limited, Hybrid EX"
Add Power Seat (LX Hybrid) — 275 / 325
Add Power Sunroof (Std.SX Ltd.) — 575 / 650

### 2014 CADENZA-V6
Add Technology Pkg. (Std. Ltd.)

| Rough / Avg / Chan | Body Type | Model No. | MSRP | Wght | Trade-In Loan | Retail |
|---|---|---|---|---|---|---|
| 12900 14175 15225 | Sedan 4D | LM4J7 | 35100 | 3688 | 15260 19850 |
| 14525 15850 16925 | Sedan 4D Limited | LN4J7 | 42400 | 3792 | 15260 18850 |

Add Power Sunroof (Std. Ltd.) — 625 / 700

## Page 160 — NISSAN

| Bargh Trade-In | Average Trade-In | Loan | Body Type | Model Number | MSRP | Wght | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|

**2014 GT-R-V6-AWD** (3702 Base/Touring)
Add Sport Pkg. (Maxima)
Add Bose Stereo System (Std. Touring, Premium)

|  |  |  | Coupe 2D Premium | ARSE | 99590 | 3829 | 55225 | 61675 |
|---|---|---|---|---|---|---|---|---|
| 1500 | 1675 |  | Coupe 2D Touring | ARSE | 109330 | 3818 | 55975 | 64800 |
| 425 | 475 |  | Coupe 2D Black Edition | ARSE | 115710 | 3796 | 60250 | 69600 |
|  |  |  | Coupe 2D Track Edition |  |  |  | 600 | 675 |

**2014 VERSA-4 Cyl.**
Add Certified Pre-Owned

| 3400 | 4250 |  | Sedan 4D S | CN7A | 11990 | 2354 | 4450 | 7125 |
| 3325 | 4250 |  | Sedan 4D S Plus | CN7A | 13990 | 2427 | 4600 | 7325 |
| 4150 | 5025 |  | Sedan 4D SV | CN7A | 14990 | 2441 | 5175 | 8350 |
| 4400 | 5300 |  | Sedan 4D SL | CN7A | 16590 | 2466 | 5425 | 8350 |

**2013 CUBE-4 Cyl.**  — Mileage Class: I

| 4825 | 5750 | 6500 | Wagon 4D S | AZ2K | 15760 | 2738 | 6850 | 10175 |
| 5775 | 6725 | 7500 | Wagon 4D SL | AZ6K | 18660 | 2847 | 6750 | 10075 |

**2013 SENTRA-4 Cyl.**  — Mileage Class: I

| 5175 | 6100 |  | Sedan 4D S | A8TA | 15990 | 2822 | 6175 | 9150 |
| 5025 | 6050 | 7050 | Sedan 4D SR | A8TA | 17970 | 2837 | 6350 | 9350 |
| 5550 | 6550 | 7575 | Sedan 4D SV | A8TA | 18870 | 2847 | 7100 | 10275 |
| 6125 | 7100 | 7875 | Sedan 4D SL | A8TA | 19760 | 2851 | 7400 | 10625 |

**2013 ALTIMA-4 Cyl.**  — Mileage Class: II

| 6250 | 7325 |  | Coupe 2D S | AL2K | 24980 | 3128 | 6750 | 14175 |
| 6575 | 7650 | 8525 | Sedan 4D S | AL2A | 21500 | 3108 | 7400 | 10750 |
| 7300 | 8400 | 9300 | Sedan 4D SR | AL2A | 22500 | 3114 | 7675 | 10750 |
| 7125 | 8225 | 9125 | Sedan 4D SV | AL2A | 25380 | 3295 | 8375 | 11400 |
| 8250 | 9400 | 10325 | Sedan 4D SL (V6) | AL3A | 24100 | 3121 | 8225 | 11400 |
| 8600 | 9750 | 10700 | Sedan 4D S (V6) | BL3A | 27300 | 3332 | 9650 | 13100 |
| 9800 | 11025 | 11175 | Sedan 4D SL (V6) | BL3A | 30000 | 3355 | 10075 | 13800 |

**2013 MAXIMA-V6**
Add Aluminum/Alloy Wheels
Add Bose (Std. Altima SL)
Add Navigation (Altima)
Add Cert Pre-Owned (Altima)

| 8575 | 9925 | 11050 | Sedan 4D S | AA5A | 32780 | 3551 | 11100 | 15175 |
| 9775 | 11175 | 12325 | Sedan 4D SV | AA5A | 35980 | 3568 | 12000 | 16225 |
| 10725 | 12150 | 13325 | Sedan 4D SV Premium | AA5A | 38780 | 3568 |  |  |

**VERSA/CUBE/SENTRA OPTIONS**

| Add A/V Wheels (Std. SR, SL) |  |  | 275 | 325 |
| Add Bose Stereo |  |  | 650 | 650 |
| Add Cert Pre-Owned (Cube) |  |  | 725 | 725 |
| Add Cert Pre-Owned (Sentra) |  |  | 550 | 550 |

**ALTIMA/LEAF OPTIONS**

| Add Leather Seats (Std. SL) |  | 325 | 375 |
| Add Navigation System |  | 450 | 450 |
| Add Power Seat (Coupe S) |  | 275 | 325 |
| Add Power Sunroof |  | 450 | 450 |
| Add Rockford Fosgate Stereo |  | 275 | 325 |
| Ded W/out Automatic Trans. |  | 450 | 450 |

## Page 161 — NISSAN

| Bargh Trade-In | Average Trade-In | Loan | Body Type | Model Number | MSRP | Wght | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|

**2013 GT-R-V6-AWD** (3702 Base/Touring) — Mileage Class: III
Add Sport Pkg. (Maxima)
Add Bose Stereo System (Std. Touring, Premium)

|  |  |  | Coupe 2D | AZ4E | 33120 | 3272 | 13825 | 16450 |
| 12430 | 13900 | 15125 | Coupe 2D Touring | AZ4E | 37820 | 3313 | 15700 | 22700 |
| 15725 | 17300 | 18800 | Coupe 2D NISMO | AZ4E | 41420 | 3340 | 18775 | 22425 |
| 19075 | 20725 | 22375 | Roadster 2D Touring | AZ4F | 44170 | 3483 | 18950 | 23450 |
| 18625 | 20475 | 21825 |  |  |  |  |  |  |

**MAXIMA/370Z OPTIONS**

| Add Cert Pre-Owned (Maxima) |  |  | 550 | 550 |
| Add Certified Pre-Owned (370Z) |  |  |  |  |

**2013 GT-R-V6-AWD** (3702 Base/Touring)
Add Sport Pkg. (Maxima)
Add Bose Stereo System (Std. Touring, Premium)

| 48775 | 51350 | 53500 | Coupe 2D Premium | ARSE | 98920 | 3829 | 56900 | 63400 |
| 51825 | 54450 | 56625 | Coupe 2D Black Edition | ARSE | 106520 | 3818 | 60075 | 68450 |

**2012 VERSA-4 Cyl.** — Mileage Class: I

| 3300 | 4125 | 4800 | Sedan 4D S | CN1A | 14380 | 2683 | 4875 | 6975 |
| 4000 | 4875 | 5575 | Hatchback 4D S | BC1C | 16390 | 2759 | 5150 | 6600 |
| 3025 | 3825 | 4475 | Sedan 4D SV | CN1A | 14590 | 2424 | 4150 | 6750 |
| 3700 | 4550 | 5250 | Sedan 4D SL | CN1A | 15560 | 2459 | 4725 | 7600 |

**2012 CUBE-4 Cyl.** — Mileage Class: I

| 3825 | 4700 | 5400 | Wagon 4D Cargo (6 Spd) | AZ6A | 18180 | 2789 | 4875 | 7750 |
| 3475 | 4325 | 5000 | Wagon 4D S (6 Spd.) | AZ2K | 14620 | 2800 | 5000 | 8175 |
| 4175 | 5075 | 5800 | Wagon 4D SL | AZ6K | 18520 | 2844 | 5450 | 8475 |

**2012 SENTRA-4 Cyl.** — Mileage Class: I

| 3550 | 4400 | 5075 | Sedan 4D 2.0 | AB6A | 16060 | 2906 | 4575 | 7400 |
| 3700 | 4550 | 5250 | Sedan 4D 2.0 S | AB8A | 17990 | 2950 | 4725 | 7600 |
| 4000 | 4875 | 5575 | Sedan 4D 2.0 SR | AB9A | 17590 | 2983 | 5100 | 8050 |
| 4575 | 5475 | 6225 | Sedan 4D SE-R | BB6A | 20120 | 3131 | 5600 | 8650 |
| 4850 | 5825 | 6625 | Sedan 4D SE-R (Spec V) | BB9A | 20190 | 2957 | 5600 | 8650 |
| 5400 | 6350 | 7100 | Sedan SE-R (Spec V) (6 Spd.) | CBRA | 20620 | 3109 | 6400 | 9825 |

**VERSA/CUBE/SENTRA OPTIONS**

| Add Aluminum/Alloy Wheels (Std. SR, SL, SE-R) |  |  | 275 | 325 |
| Add Bose Stereo |  |  | 600 | 600 |
| Add Cert Pre-Owned (Sentra) |  |  | 675 | 675 |
| Add Cert Pre-Owned (Versa) |  |  | 550 | 550 |
| Add Cruise Control (Versa S) |  |  | 150 | 175 |

**2012 ALTIMA-4 Cyl.** — Mileage Class: II

| 5550 | 6425 | 9025 | Coupe 2D S | AL2E | 23600 | 3080 | 6700 | 9750 |
| 7350 | 6475 | 9875 | Coupe 2D SR (V6) | BL2E | 28430 | 3234 | 8950 | 12475 |
| 4885 | 5850 | 6675 | Sedan 4D S | AL2A | 20410 | 3180 | 6025 | 8975 |
| 4900 | 5900 | 6725 | Sedan 4D SR | AL2A | 22570 | 3192 | 6025 | 8975 |
| 5725 | 6775 | 7625 | Sedan 4D SL | AL2A | 26750 | 3192 | 6875 | 10750 |
| 6400 | 7475 | 8350 | Sedan 4D SV (V6) | BL2A | 25430 | 3357 | 7625 | 10750 |

**2012 LEAF-Electric** — Mileage Class: II

| 2450 | 2775 | 3050 | Hatchback 5D SV | AZ0C | 35200 | 3385 | 3075 | 5775 |
| 2450 | 3275 | 3950 | Hatchback 5D SL | AZ0C | 37250 | 3401 | 3075 | 6425 |

**ALTIMA/LEAF OPTIONS**

| Add Aluminum/Alloy Wheels |  |  | 425 | 475 |
| Add Leather Seats |  |  | 450 | 475 |
| Add Navigation System |  |  | 450 | 475 |
| Add Power Seat |  |  | 250 | 300 |
| Add Power Sunroof |  |  | 425 | 425 |
| Add Rockford Cargo/Stereo, Spec V |  |  |  |  |
| Ded W/out Automatic Trans. (Ex. Cube Cargo/Base, Spec V) |  |  |  |  |
| Add Navigation (Std. Leaf) |  |  | 425 | 475 |

# KIRKPATRICK & ASSOCIATES, LLC

### PAY ADVICE CERTIFICATE

I under stand that the Bankruptcy Code requires that I provide to Trustee and any party that makes timely request, all pay advices that I have received from any employer during the 60 days preceding the date of the filing of the petition. To be safe, I am providing 70 days of Pay Advices. Pay Advices include stubs or other documentation reflecting paychecks, bonuses, commissions, or any monetary consideration from an employer. I understand that the failure to fully comply with this requirement may result in my case being dismissed without hearing at any point during my case and I will not get a discharge.

I understand that my petition will be filed on **08/10/2017**
During the 60 days preceding the above date, I will have received pay advices from **1** employer(s)
The employer(s) name(s), pay frequency, and date of the issuance of my next pay advice are:

| EMPLOYER | FREQUENCY | NEXT PAY DATE |
|---|---|---|
| A Guardian Home Health | Bi-weekly | 8/11/2017 |
| B Progressive * No longer in business Biweekly | | N/A |
| C | | |
| D | | |

I certify that the only pay advices that I will have received during the 70 days preceding the date that my petition will be filed are listed below:

Employer:

| No. | Date | Gross $ | No. | Date | Gross $ | No. | Date | Gross $ |
|---|---|---|---|---|---|---|---|---|
| A1 | 6/16/17 | 630.00 | B1 | 6/23/17 * | 634 | C1 | | |
| A2 | 6/30/17 | 1690.00 | B2 | | | C2 | | |
| A3 | 7/14/17 | 1215.00 | B3 | | | C3 | | |
| A4 | 7/28/17 | 1375.00 | B4 | | | C4 | | |
| A5 | | | B5 | | | C5 | | |
| A6 | | | B6 | | | C6 | | |
| A7 | | | B7 | | | C7 | | |
| A8 | | | B8 | | | C8 | | |
| A9 | | | B9 | | | C9 | | |
| A10 | | | B10 | | | C10 | | |

I certify that I understand the information provided above and the accuracy of the Pay Advice information I have provided to Kirkpatrick & Associates, LLC.

*Rita L. Peters*          08-10-17
SIGN                              DATE

# PAYROLL REGISTER - MULTI STATE
## GUARDIAN HOME HEALTH CARE OF LA - A925

CHECK DATES 01/13/2017 TO 07/28/2017
PERIOD BEGIN 12/25/2016 PERIOD END 07/22/2017

08/07/2017
PAGE 1

| EMPLOYEE NAME / ID SSN STATE/FRQ STS LOCATION / HIRE / BIRTH / LAST RAISE | EARNINGS DESCR | PAY RATE | CURRENT HOURS | CURRENT AMOUNT | YTD HOURS | YTD AMOUNT | DEDUCTIONS DESCR | CURRENT AMOUNT | YTD AMOUNT | TAXES DESCR | YTD AMOUNT | CURRENT AMOUNT | YTD AMOUNT | NET PAY CHECK NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PETERS, RITA 859 XXX-XX-XXXX LA LA LA 26 S2/S0 400 35.0000 Hourly Last Check Date 07/28/2017 | 1 REGULAR 1 REGULAR | 650000 | 3800 600 | 133000 39000 | 58000 58000 | 2240400 2240400 | C1 CHECKING1 | 135604 | 2240400 | FEDERAL OASDI MEDICARE LA STATE | 1769760 | 18007 10664 2494 5231 | 231960 138905 32487 6728801/13/2017 | 13560 DIRDEP |
| EMPLOYEE TOTAL | | | 4400 | 172000 | 58000 | 2240400 | | 135604 | | | 1769760 | 36396 | 470640 | |
| PETERS, RITA 859 XXX-XX-XXXX LA LA LA 26 S2/S0 400 35.0000 Hourly Last Check Date 07/28/2017 | 1 REGULAR 1 REGULAR | 650000 | 3200 300 | 112000 19500 | 58000 58000 | 2240400 2240400 | C1 CHECKING1 | 105775 | 2240400 | FEDERAL OASDI MEDICARE LA STATE | 1769760 | 11932 8153 1907 3733 | 231960 138905 32487 6728801/27/2017 | 10577 DIRDEP |
| EMPLOYEE TOTAL | | | 3500 | 131500 | 58000 | 2240400 | | 105775 | | | 1769760 | 25725 | 470640 | |
| PETERS, RITA 859 XXX-XX-XXXX LA LA LA 26 S2/S0 400 35.0000 Hourly Last Check Date 07/28/2017 | 1 REGULAR 1 REGULAR | 650000 | 3600 900 | 126000 58500 | 58000 58000 | 2240400 2240400 | C1 CHECKING1 | 144810 | 2240400 | FEDERAL OASDI MEDICARE LA STATE | 1769760 | 19882 11439 2675 5694 | 231960 138905 32487 6728802/10/2017 | 14481 DIRDEP |
| EMPLOYEE TOTAL | | | 4500 | 184500 | 58000 | 2240400 | | 144810 | | | 1769760 | 39690 | 470640 | |
| PETERS, RITA 859 XXX-XX-XXXX LA LA LA 26 S2/S0 400 35.0000 Hourly Last Check Date 07/28/2017 | 1 REGULAR 1 REGULAR | 650000 | 2000 100 | 70000 6500 | 58000 58000 | 2240400 2240400 | C1 CHECKING1 | 65268 | 2240400 | FEDERAL OASDI MEDICARE LA STATE | 1769760 | 3682 4743 1109 1698 | 231960 138905 32487 6728802/24/2017 | 6526 DIRDEP |
| EMPLOYEE TOTAL | | | 2100 | 76500 | 58000 | 2240400 | | 65268 | | | 1769760 | 11232 | 470640 | |
| PETERS, RITA 859 XXX-XX-XXXX LA LA LA 26 S2/S0 400 | 1 REGULAR 1 REGULAR | 650000 | 5800 1000 | 203000 65000 | 58000 58000 | 2240400 2240400 | C1 CHECKING1 | 197082 | 2240400 | FEDERAL OASDI MEDICARE | 1769760 | 40611 16616 3886 | 231960 138905 32487 | 1970 DIRDEP |

PHONE (972)868-9990     FAX (972)869-2070

## PAYCHEX INC.

# PAYROLL REGISTER - MULTI STATE
## GUARDIAN HOME HEALTH CARE OF LA - A925

**CHECK DATES 01/13/2017 TO 07/28/2017**
**PERIOD BEGIN 12/25/2016 PERIOD END 07/22/2017**

| EMPLOYEE NAME / ID SSN STATE/FRQ STS LOCATION / HIRE / BIRTH / LAST RAISE | EARNINGS DESCR | PAY RATE | CURRENT HOURS | CURRENT AMOUNT | YTD HOURS | YTD AMOUNT | DEDUCTIONS DESCR | CURRENT AMOUNT | YTD AMOUNT | TAXES DESCR | YTD AMOUNT | CURRENT AMOUNT | YTD AMOUNT | NET PAY CHECK NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35.0000 Hourly Last Check Date 07/28/2017 | | | | | | | | | | LA STATE | | 9805 | 6728803/10/2017 | 7996 D1RDEPE |
| **EMPLOYEE TOTAL** | | | 6800 | 268000 | 58000 | 2240400 | | 197082 | | | 1769760 | 70918 | 470640 | |
| **PETERS, RITA** 859 XXX-XX-XXXX LA LA LA 26 S2/S0 400 35.0000 Hourly Last Check Date 07/28/2017 | 1 REGULAR 1 REGULAR | 650000 | 2200 300 | 77000 19500 | 58000 58000 | 2240400 2240400 | C1 CHECKING1 | 79998 | 231960 138905 32487 | FEDERAL OASDI MEDICARE LA STATE | 1769760 | 6682 5983 1399 2438 | 231960 138905 32487 | 7991 D1RDEPE 6728803/24/2017 |
| **EMPLOYEE TOTAL** | | | 2500 | 96500 | 58000 | 2240400 | | 79998 | | | 1769760 | 16502 | 470640 | |
| **PETERS, RITA** 859 XXX-XX-XXXX LA LA LA 26 S2/S0 400 35.0000 Hourly Last Check Date 07/28/2017 | 1 REGULAR 1 REGULAR | 650000 | 5000 600 | 175000 39000 | 58000 58000 | 2240400 2240400 | C1 CHECKING1 | 163440 | 231960 138905 32487 | FEDERAL OASDI MEDICARE LA STATE | 1769760 | 27111 13268 3103 7078 | 231960 138905 32487 | 1634 D1RDEPE 6728804/07/2017 |
| **EMPLOYEE TOTAL** | | | 5600 | 214000 | 58000 | 2240400 | | 163440 | | | 1769760 | 50560 | 470640 | |
| **PETERS, RITA** 859 XXX-XX-XXXX LA LA LA 26 S2/S0 400 35.0000 Hourly Last Check Date 07/28/2017 | 1 REGULAR 1 REGULAR 1 REGULAR | 650000 670000 | 4700 300 200 | 164500 19500 13400 | 58000 58000 58000 | 2240400 2240400 2240400 | C1 CHECKING1 | 153098 | 231960 138905 32487 | FEDERAL OASDI MEDICARE LA STATE | 1769760 | 22961 12259 2862 6240 | 231960 138905 32487 | 1538 D1RDE 6728804/21/2017 |
| **EMPLOYEE TOTAL** | | | 5200 | 197400 | 58000 | 2240400 | | 153098 | | | 1769760 | 44302 | 470640 | |
| **PETERS, RITA** 859 XXX-XX-XXXX LA LA LA 26 S2/S0 400 35.0000 Hourly Last Check Date 07/28/2017 | 1 REGULAR 1 REGULAR | 650000 | 2100 300 | 73500 19500 | 58000 58000 | 2240400 2240400 | C1 CHECKING1 | 77420 | 231960 138905 32487 | FEDERAL OASDI MEDICARE LA STATE | 1769760 | 6157 5766 1349 2308 | 231960 138905 32487 | 7720 D1RDEPE 6728805/05/2017 |
| **EMPLOYEE TOTAL** | | | 2400 | 93000 | 58000 | 2240400 | | 77420 | | | 1769760 | 15580 | 470640 | |
| **PETERS, RITA** 859 XXX-XX-XXXX LA LA LA 26 S2/S0 400 35.0000 Hourly | 1 REGULAR 1 REGULAR | 650000 | 3300 600 | 115500 39000 | 58000 58000 | 2240400 2240400 | C1 CHECKING1 | 122715 | 231960 138905 32487 | FEDERAL OASDI MEDICARE LA STATE | 1769760 | 15382 9579 2240 4584 | 231960 138905 32487 | 1227 D1RDE 6728805/19/2017 |

# PAYROLL REGISTER - MULTI STATE
## GUARDIAN HOME HEALTH CARE OF LA - A925

CHECK DATES 01/13/2017 TO 07/28/2017
PERIOD BEGIN 12/25/2016 PERIOD END 07/22/2017

| EMPLOYEE NAME ID SSN STATE/FRQ STS LOCATION HIRE/BIRTH/LAST RAISE | EARNINGS DESCR | PAY RATE | CURRENT HOURS | CURRENT AMOUNT | YTD HOURS | YTD AMOUNT | DEDUCTIONS DESCR | YTD AMOUNT | CURRENT AMOUNT | YTD AMOUNT | TAXES DESCR | CURRENT AMOUNT | YTD AMOUNT | NET PAY CHECK NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Last Check Date 07/28/2017 | | | 3900 | 154500 | 58000 | 2240400 | | | 122715 | 1769760 | | 31785 | 470640 | 5468 |
| EMPLOYEE TOTAL | | | 3900 | 154500 | 58000 | 2240400 | | | 122715 | 1769760 | | 31785 | 470640 | |
| PETERS, RITA 859 XXX-XX-XXXX LA LA LA 26 S2/S0 400 35.0000 Hourly Last Check Date 07/28/2017 | 1 REGULAR | | 1800 | 63000 | 58000 | 2240400 | C1 CHECKING1 | 2240400 | 54682 | 1769760 | FEDERAL OASDI MEDICARE LA STATE | 2300 3906 914 1198 | 231960 138905 32487 6728806/02/2017 | DIRDEP |
| EMPLOYEE TOTAL | | | 1800 | 63000 | 58000 | 2240400 | | 2240400 | 54682 | 1769760 | | 8318 | 470640 | |
| PETERS, RITA 859 XXX-XX-XXXX LA LA LA 26 S2/S0 400 35.0000 Hourly Last Check Date 07/28/2017 | 1 REGULAR 1 REGULAR | 650000 | 3500 600 | 122500 39000 | 58000 58000 | 2240400 2240400 | C1 CHECKING1 | 2240400 2240400 | 127870 | 1769760 | FEDERAL OASDI MEDICARE LA STATE | 16432 10013 2342 4843 | 231960 138905 32487 6728806/16/2017 | 12781 DIRDEP |
| EMPLOYEE TOTAL | | | 4100 | 161500 | 58000 | 2240400 | | | 127870 | 1769760 | | 33630 | 470640 | |
| PETERS, RITA 859 XXX-XX-XXXX LA LA LA 26 S2/S0 400 35.0000 Hourly Last Check Date 07/28/2017 | 1 REGULAR 1 REGULAR | 650000 | 3900 500 | 136500 32500 | 58000 58000 | 2240400 2240400 | C1 CHECKING1 | 2240400 2240400 | 133394 | 1769760 | FEDERAL OASDI MEDICARE LA STATE | 17557 10478 2451 5120 | 231960 138905 32487 6728806/30/2017 | 13339 DIRDEP |
| EMPLOYEE TOTAL | | | 4400 | 169000 | 58000 | 2240400 | | | 133394 | 1769760 | | 35606 | 470640 | |
| PETERS, RITA 859 XXX-XX-XXXX LA LA LA 26 S2/S0 400 35.0000 Hourly Last Check Date 07/28/2017 | 1 REGULAR 1 REGULAR | 650000 | 3100 200 | 108500 13000 | 58000 58000 | 2240400 2240400 | C1 CHECKING1 | 2240400 2240400 | 98410 | 1769760 | FEDERAL OASDI MEDICARE LA STATE | 10432 7533 1762 3363 | 231960 138905 32487 6728807/14/2017 | 984 DIRDEP |
| EMPLOYEE TOTAL | | | 3300 | 121500 | 58000 | 2240400 | | | 98410 | 1769760 | | 23090 | 470640 | |
| PETERS, RITA 859 XXX-XX-XXXX LA LA LA 26 S2/S0 400 35.0000 Hourly Last Check Date 07/28/2017 | 1 REGULAR 1 REGULAR | 650000 | 3000 500 | 105000 32500 | 58000 58000 | 2240400 2240400 | C1 CHECKING1 | 2240400 2240400 | 110194 | 1769760 | FEDERAL OASDI MEDICARE LA STATE | 12832 8525 1994 3955 | 231960 138905 32487 6728807/28/2017 | 1101 DIRDEP |
| EMPLOYEE TOTAL | | | 3500 | 137500 | 58000 | 2240400 | | | 110194 | 1769760 | | 27306 | 470640 | |

PHONE (972)868-9990     FAX (972)869-2070

PAYCHEX INC.

08/07/2017
PAGE   4

NET PAY
CHECK NO    176970

# PAYROLL REGISTER - MULTI STATE
GUARDIAN HOME HEALTH CARE OF LA - A925

CHECK DATES 01/13/2017 TO 07/28/2017
PERIOD BEGIN 12/25/2016 PERIOD END 07/22/2017

| EMPLOYEE NAME | EARNINGS | PAY | CURRENT | | YTD | | DEDUCTIONS | CURRENT | YTD | TAXES | CURRENT | YTD |
| ID SSN STATE/FRQ STS LOCATION HIRE BIRTH/ LAST RAISE | DESCR | RATE | HOURS | AMOUNT | HOURS | AMOUNT | DESCR | AMOUNT | AMOUNT | DESCR | AMOUNT | AMOUNT |
| GUARDIAN HOME HEALTH | 1 REGULAR | | 58000 | 2240400 | 58000 | 2240400 | C1 CHECKING1 | 1769760 | 1769760 | FEDERAL | 231960 | 231960 |
| COMPANY TOTALS | | | | | | | | | | OASDI | 138905 | 138905 |
| 1 EMPLOYEES   15 CHECKS | | | | | | | | | | MEDICARE | 32487 | 32487 |
| | | | | | | | | | | LA STATE | 67288 | 67288 |
| | | | | | | | | | | | 4470640 | 4470640 |
| | | | | | | | | | | ER OASDI | 6826791 | 138905 |
| | | | | | | | | | | ER MEDCR | 1596588 | 32486 |
| | | | | | | | | | | ER FUI | 217585 | 4200 |
| | | | | | | | | | | LA ER SUI | 749894 | 9009 |
| | | | | | | | | | | | 9390858 | 184600 |
| | | | | | | | | | | | 9861498 | 655240 |

COMPANY TOTAL                    58000   2240400   58000   2240400            1769760   1769760           1769760   1769760

gross - 1493.60
Tap      31376

PAYCHEX INC.

## CMI Worksheet (To Compute Average Monthly Income Over Last 6 Months) (Do NOT include any <u>Social Security</u> or <u>Unemployment Benefits</u>) (CMI.wpt rev. 12/2/05)

Client: Peters

| Month ► | 2/17 | 3/17 | 4/17 | 5/17 | 6/17 | 7/17 | Average | / | / | Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Employer: Guardian — Gross wages (including overtime, bonuses, and commission) | $2610.00 | $3645 | $4114 | $3475 | $3935 | $2590 | $3368.17 | $ | $ | $ |
| Employer: Progressive — Gross wages (including overtime, bonuses, and commission) | $1268.46 | $1902.81 | $1268.46 | $1248.44 | $1248.44 | $— | $1162.76 | $ | $ | $ |
| Employer: Gross wages (including overtime, bonuses, and commission) | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Employer: Gross wages (including overtime, bonuses, and commission) | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Business Income (Sole proprietorship) Gross receipts | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Minus necessary business expenses | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Equals Net Business income | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Net Rental Income Gross receipts | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Minus necessary operating expenses | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Equals Net Rental Income | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Interest, Dividends and Royalties | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Pension and Retirement Income (1) Private Retirement Plan | $813.96 | $813.96 | $813.96 | $813.96 | $813.96 | $813.96 | $813.96 | $ | $ | $ |
| (2) Military Retirement | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Regular contributions to household: (1) Alimony or Child Support | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (2) Roommates | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (3) Contributions from family | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Unemployment Benefits (if law requires) | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Income from other sources: (1) Annuity Income Payments | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (2) Distributions from a trust | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (3) Worker's Compensation | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (4) Disability Income (Not Soc. Sec.) | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (5) Other: | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| **TOTAL FOR MONTH:** | $ | $ | $ | $ | $ | $ | $5204.89 | $ | $ | $ |

I verify, under penalty of perjury, that this page contains complete & accurate information as to <u>all</u> income I received during the last 6 months, to the best of my knowledge & based on records in my possession or under my control, (other than money received from Social Security or Unemployment).

Dated: 08-10-17  Client Signature: Rita Gordon Peters  Co-Client's Signature: _____ (if joint filing)

(<u>Note</u>: To be signed at "final" signing appt.)

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Rita Larkins Peters** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:** Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2013 Nissan Altima** Line from *Schedule A/B*: **3.1** | $12,387.50 | ■ | $7,500.00 | LSA-R.S. § 13:3881(A)(7) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Household goods and furnishings** Line from *Schedule A/B*: **6.1** | $35,000.00 | ■ | 100% | LSA-R.S. § 13:3881(A)(4)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Household goods and furnishings (Surrender any properly described household goods, furnishings, and other possessions legally pledged, liened and securitized; still in Debtor's possession)** Line from *Schedule A/B*: **6.2** | Unknown | ■ | 100% | LSA-R.S. § 13:3881(A)(4)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Clothes** Line from *Schedule A/B*: **11.1** | $2,500.00 | ■ | 100% | LSA-R.S. § 13:3881(A)(4)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Rita Larkins Peters** | | Case number (if known) | |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Three (3) weeks unpaid pay from Progressive which has gone out of business**<br>Line from *Schedule A/B*: **30.1** | **Unknown** | ■ | **100%** | **LSA-R.S. § 13:3881(A)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Earned Income Credit**<br>Line from *Schedule A/B*: **53.1** | **Unknown** | ■ | **100%** | **LSA-R.S. § 13:3881(A)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Any and all social security-based benefits that I/we or a member of my/our immediate family are or become entitled to receive.**<br>Line from *Schedule A/B*: **53.2** | **Unknown** | ■ | **100%** | **42 U.S.C.A. § 407** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Possible FEMA Benefits**<br>Line from *Schedule A/B*: **53.3** | **Unknown** | ■ | **100%** | **44 C.F.R. § 206.110(g)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Veterans' Benefits**<br>Line from *Schedule A/B*: **53.4** | **Unknown** | ■ | **100%** | **38 U.S.C. § 5301** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rita Larkins Peters** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known) | |

☐ Check if this is an
  amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1   Ally Fincl**<br>Creditor's Name | Describe the property that secures the claim:<br>**2014 Kia Optima** | $10,527.00 | $10,625.00 | $0.00 |

**200 Renaissance Ctr**
**Detroit, MI 48243**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Security Agreement**

Date debt was incurred _____          Last 4 digits of account number   **1723**

| **2.2   Nissan Motor**<br>Creditor's Name | Describe the property that secures the claim:<br>**2013 Nissan Altima** | $10,437.00 | $12,387.50 | $0.00 |
|---|---|---|---|---|

**PO Box 660360**
**Dallas, TX 75266**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Security Agreement**

Date debt was incurred _____          Last 4 digits of account number   **0001**

Debtor 1    **Rita Larkins Peters**

First Name          Middle Name          Last Name

Case number (if know) _____

| 2.3 | **Seterus Inc** | | Describe the property that secures the claim: | $210,854.00 | $195,622.00 | $0.00 |

Creditor's Name

**3218 Sabine Street New Orleans, LA 70114  Orleans County owns with son-in-law**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**14523 Sw Millikan Way St Beaverton, OR 97005**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Mortgage** _____

Date debt was incurred _____    Last 4 digits of account number   **3772** _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | $231,818.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $231,818.00 |

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code

**Mr. L. Graham Arceneaux**
**639 Loyola Avenue**
**Suite 1800**
**New Orleans, LA 70113**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rita Larkins Peters** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?

☐ No. Go to Part 2.

☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number _____ | **$2,000.00** | **$2,000.00** | **$0.00** |
| | Priority Creditor's Name | | | | |
| | **1555 Poydras Street** | When was the debt incurred? | | | |
| | **Suite 220, M/S 31** | | | | |
| | **New Orleans, LA 70112** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| | Who incurred the debt? Check one. | ☐ Contingent | | | |
| | ■ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | Type of PRIORITY unsecured claim: | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ Check if this claim is for a  community debt | ■ Taxes and certain other debts you owe the government | | | |
| | Is the claim subject to offset? | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | | | | |

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1    **Rita Larkins Peters**                                          Case number *(if know)*

| 4.1 | **Capital One** | Last 4 digits of account number   **2467** | **$337.00** |

Nonpriority Creditor's Name
**15000 Capital One Dr**
**Richmond, VA 23238**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Credit Card**

---

| 4.2 | **Chase Card** | Last 4 digits of account number   **3110** | **$1,938.00** |

Nonpriority Creditor's Name
**PO Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.3 | **Dsnb Macys** | Last 4 digits of account number   **6490** | **$1,464.00** |

Nonpriority Creditor's Name
**PO Box 8218**
**Mason, OH 45040**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   **Rita Larkins Peters**                               Case number (if know) _____

---

| 4.4 | **Nissn Inf Lt** | Last 4 digits of account number   **7577** | **$4,855.00** |

Nonpriority Creditor's Name
**2901 Kinwest Pkwy**
**Irving, TX 75063**
Number Street City State ZIp Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Deficiency balance**

---

| 4.5 | **Sears/Cbna** | Last 4 digits of account number   **2749** | **$653.00** |

Nonpriority Creditor's Name
**PO Box 6189**
**Sioux Falls, SD 57117**
Number Street City State ZIp Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account**

---

| 4.6 | **Sears/Cbna** | Last 4 digits of account number   **8754** | **$4,634.00** |

Nonpriority Creditor's Name
**PO Box 6283**
**Sioux Falls, SD 57117**
Number Street City State ZIp Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

Debtor 1   **Rita Larkins Peters**                                                Case number *(if know)*

---

| 4.7 | **Syncb/JCP** | Last 4 digits of account number   **6158** | **$1,898.00** |

Nonpriority Creditor's Name
**PO Box 965007**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

| 4.8 | **Syncb/Sams** | Last 4 digits of account number   **9453** | **$1,154.00** |

Nonpriority Creditor's Name
**2323 N Central Exp**
**Richardson, TX 75080**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

| 4.9 | **Syncb/Walmar** | Last 4 digits of account number   **3162** | **$259.00** |

Nonpriority Creditor's Name
**PO Box 965024**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1 **Rita Larkins Peters**                                              Case number (if know) _____

| 4.10 | **Thd/Cbna** | Last 4 digits of account number | **2486** | $35.00 |

Nonpriority Creditor's Name

**PO Box 6497**
**Sioux Falls, SD 57117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

| 4.11 | **Verizon** | Last 4 digits of account number | **6360** | $1,337.00 |

Nonpriority Creditor's Name

**One Verizon Place**
**Alpharetta, GA 30004**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unknown Loan Type**

---

| 4.12 | **Wfdillards** | Last 4 digits of account number | **3024** | $3,874.00 |

Nonpriority Creditor's Name

**PO Box 14517**
**Des Moines, IA 50306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address                                    On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1   **Rita Larkins Peters**

Case number (if know)

**Internal Revenue Service**
**P. O. Box 7346**
**Philadelphia, PA 19101**

Line **2.1** of (Check one):

Last 4 digits of account number

■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ | 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ | 2,000.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. **Total Priority.** Add lines 6a through 6d. | 6e. $ | 2,000.00 |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ | 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 22,438.00 |
| | 6j. **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 22,438.00 |

**Fill in this information to identify your case:**

| Debtor 1 | **Rita Larkins Peters** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
   amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| **2.2** | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| **2.3** | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| **2.4** | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| **2.5** | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rita Larkins Peters** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
     amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

     ■ No
     ☐ Yes.

     In which community state or territory did you live?   **-NONE-**   . Fill in the name and current address of that person.

     _____
     Name of your spouse, former spouse, or legal equivalent
     Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Keith Maynard**<br>       **3218 Sabine Street**<br>       **New Orleans, LA 70114** | ■ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Ally Fincl** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Rita Larkins Peters** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                        12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed <br> ☐ Not employed | ☐ Employed <br> ☐ Not employed |
| | Occupation | **RN** | |
| | Employer's name | **Guardian Home Health** | |
| | Employer's address | **3510 N Causeway Blvd.** <br> **Metairie, LA 70001** | |
| | How long employed there? | **2 years** | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **3,236.13** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **3,236.13** | $ **N/A** |

Debtor 1  **Rita Larkins Peters**                                           Case number (*if known*) _____

|  | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | **3,236.13** | $ **N/A** |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **679.81** | $ **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6. $ **679.81**    $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7. $ **2,556.32**    $ **N/A**

8. **List all other income regularly received:**

| | | | | |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **N/A** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **N/A** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **N/A** |
| 8f. | **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ **0.00** | $ **N/A** |
| 8g. | **Pension or retirement income** | 8g. | $ **813.96** | $ **N/A** |
| 8h. | **Other monthly income.** Specify:  **Codebtor pays the car note** | 8h.+ | $ **323.00** + | $ **N/A** |
| | **Social Security (full amount is 2119)** | | $ **1,280.00** | $ **N/A** |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9. $ **2,416.96**    $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.    10. $ **4,973.28** + $ **N/A** = $ **4,973.28**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____    11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12. $ **4,973.28**
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Rita Larkins Peters** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Granddaughter** | **13** | ☐ No  ■ Yes |
| **Grandson** | **22** | ☐ No  ■ Yes |
| **Daughter** | **48** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ _____ **1,465.86**

   **If not included in line 4:**

   4a.   Real estate taxes    4a. $ _____ **0.00**
   4b.   Property, homeowner's, or renter's insurance    4b. $ _____ **0.00**
   4c.   Home maintenance, repair, and upkeep expenses    4c. $ _____ **0.00**
   4d.   Homeowner's association or condominium dues    4d. $ _____ **0.00**
5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ **0.00**

Debtor 1   **Rita Larkins Peters**                                      Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **400.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **100.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **150.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **377.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **83.00** |
| 10. | **Personal care products and services** | | 10. $ | **36.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **395.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify:   **Codebtor pays the car note** | 17c. $ | **323.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:   **Miscellaneous** | | 21. +$ | **143.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **3,872.86** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **3,872.86** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **4,973.28** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **3,872.86** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **1,100.42** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ■ No.
   ☐ Yes.   Explain here: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rita Larkins Peters** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

<u>Official Form 106Dec</u>
# Declaration About an Individual Debtor's Schedules
12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Rita Larkins Peters** _____     X _____
   **Rita Larkins Peters**                                                Signature of Debtor 2
   Signature of Debtor 1

Date **August 10, 2017** _____          Date _____

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rita Larkins Peters** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:      Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

☐  Married
■  Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■  No
☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■  No
☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2      Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐  No
■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | **$22,404.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1  **Rita Larkins Peters**                                    Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** **(January 1 to December 31, 2016 )** | ■ Wages, commissions, bonuses, tips | $44,315.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security Benefits** | $16,952.00 | | |
| **For last calendar year:** **(January 1 to December 31, 2016 )** | **Social Security Benefits** | $27,167.00 | | |
| | **Pension** | $10,719.00 | | |
| **For the calendar year before that:** **(January 1 to December 31, 2015 )** | **Social Security Benefits** | $27,167.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | **Rita Larkins Peters** | Case number *(if known)* |
|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

<h3>Part 4:   Identify Legal Actions, Repossessions, and Foreclosures</h3>

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Federal National Mortgage Association vs. Rita Larkins Peters 2017-4671** | **Foreclosure** | **The Civil District Court of Orleans Pari** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1    **Rita Larkins Peters**                                          Case number *(if known)*

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Kirkpatrick and Associates, LLC**<br>**3501 N. Causeway Blvd., Ste# 750**<br>**Metairie, LA 70002**<br>**kirkpatrick@kirkpatrick-law.com** | **Attorney Fees** | **August 8, 2017** | **$2,500.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

Debtor 1    **Rita Larkins Peters**                                             Case number *(if known)*

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Debtor 1    **Rita Larkins Peters**                                              Case number *(if known)*

toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- ■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No
   ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**    Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ■ No. None of the above applies.  Go to Part 12.

   ☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

   ■ No
   ☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor 1   **Rita Larkins Peters**                                                    Case number *(if known)* _____

---

**Part 12:**   Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Rita Larkins Peters** _____          _____
**Rita Larkins Peters**                                 **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **August 10, 2017** _____          Date   _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

<table>
<tr><td>

Fill in this information to identify your case:

Debtor 1 **Rita Larkins Peters**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of Louisiana

Case number
(if known)

</td><td>

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

■ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

</td></tr>
</table>

## Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:**  Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ■ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ **4,390.93** | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ **0.00** | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ **0.00** | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | |
|---|---|---|
| Gross receipts (before all deductions) | $ **0.00** | |
| Ordinary and necessary operating expenses | -$ **0.00** | |
| Net monthly income from a business, profession, or farm | $ **0.00** Copy here -> | $ **0.00** | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | |
|---|---|---|
| Gross receipts (before all deductions) | $ **0.00** | |
| Ordinary and necessary operating expenses | -$ **0.00** | |
| Net monthly income from rental or other real property | $ **0.00** Copy here -> | $ **0.00** | $ |

Debtor 1   **Rita Larkins Peters**            Case number (*if known*) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ _____ |
| 8. **Unemployment compensation** | $ 0.00 | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you                  $ _____ 0.00

For your spouse        $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.         $ 813.96    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

     _____    $ 0.00    $ _____

     _____    $ 0.00    $ _____

Total amounts from separate pages, if any.    + $ 0.00    $ _____

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $ 5,204.89   +   $ _____   =   $ 5,204.89

                                                             **Total average<br>monthly income**

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |
|---|---|

12. **Copy your total average monthly income from line 11.**               $ 5,204.89

13. **Calculate the marital adjustment.** Check one:

  ■  You are not married. Fill in 0 below.

  ☐  You are married and your spouse is filing with you. Fill in 0 below.

  ☐  You are married and your spouse is not filing with you.

      Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

      Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

      If this adjustment does not apply, enter 0 below.

      _____    $ _____

      _____    $ _____

      _____    + $ _____

      Total                   $ 0.00    Copy here=>    -    0.00

14. **Your current monthly income.** Subtract line 13 from line 12.             $ 5,204.89

15. **Calculate your current monthly income for the year.** Follow these steps:

     15a.  Copy line 14 here=>                                  $ 5,204.89

          Multiply line 15a by 12 (the number of months in a year).            **x** 12

     15b.  The result is your current monthly income for the year for this part of the form. ...............................    $ 62,458.68

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    **page 2**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1    **Rita Larkins Peters** _____    Case number (*if known*) _____

---

16. **Calculate the median family income that applies to you.** Follow these steps:

    16a. Fill in the state in which you live.                          **LA**

    16b. Fill in the number of people in your household.              **4**

    16c. Fill in the median family income for your state and size of household. ......    $    **71,957.00**

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

    17a.  ■  Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

    17b.  ☐  Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
| --- | --- |

18. Copy your total average monthly income from line 11 .                              $    **5,204.89**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

    19a. If the marital adjustment does not apply, fill in 0 on line 19a.                  -$    **0.00**

    19b. **Subtract line 19a from line 18.**                                          $    **5,204.89**

20. **Calculate your current monthly income for the year.** Follow these steps:

    20a. Copy line 19b                                                              $    **5,204.89**

    Multiply by 12 (the number of months in a year).                                  **x  12**

    20b. The result is your current monthly income for the year for this part of the form         $    **62,458.68**

    20c. Copy the median family income for your state and size of household from line 16c        $    **71,957.00**

21.  **How do the lines compare?**

    ■  Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

    ☐  Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| **Part 4:** | **Sign Below** |
| --- | --- |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ Rita Larkins Peters** _____

**Rita Larkins Peters**
Signature of Debtor 1

Date  **August 10, 2017** _____
MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

>**You are an individual filing for bankruptcy,** and

>**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

>Chapter 7 - Liquidation

>Chapter 11 - Reorganization

>Chapter 12 - Voluntary repayment plan for family farmers or fishermen

>Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

>most taxes;

>most student loans;

>domestic support and property settlement obligations;

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

<div style="border:1px solid #000;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## United States Bankruptcy Court
### Eastern District of Louisiana

In re    **Rita Larkins Peters**                               Case No.

                                        Debtor(s)      Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **August 10, 2017**                     **/s/ Rita Larkins Peters**

                                                **Rita Larkins Peters**
                                                  Signature of Debtor

Rita Cannius Peters
3218 Sabine Street
New Orleans, LA 70114

Nissan Motor Co
2901 Kinwest Pkwy
Irving, TX 75063

.

Ally  Fincl
200 Renaissance Ctr
Detroit, MI 48243

Sears/Cbna
PO Box 6189
Sioux Falls, SD 57117

Capital  One
15000 Capital One Dr
Richmond, VA 23238

Sears/Cbna
PO Box 6283
Sioux Falls, SD 57117

Chase  Card
PO Box 15298
Wilmington, DE 19850

Seterus  Inc
14523 Sw Millikan Way St
Beaverton, OR 97005

Dsnb  Macys
PO Box 8218
Mason, OH 45040

Syncb/JCP
PO Box 965007
Orlando, FL 32896

Internal  Revenue  Service
1555 Poydras Street
Suite 220, M/S 31
New Orleans, LA 70112

Syncb/Sams
2323 N Central Exp
Richardson, TX 75080

Internal  Revenue  Service
P. O. Box 7346
Philadelphia, PA 19101

Syncb/Walmar
PO Box 965024
Orlando, FL 32896

Keith  Maynard
3218 Sabine Street
New Orleans, LA 70114

Thd/Cbna
PO Box 6497
Sioux Falls, SD 57117

Mr.  L.  Graham  Arceneaux
639 Loyola Avenue
Suite 1800
New Orleans, LA 70113

Verizon
One Verizon Place
Alpharetta, GA 30004

Nissan  Motor
PO Box 660360
Dallas, TX 75266

Wfdillards
PO Box 14517
Des Moines, IA 50306

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **Rita Larkins Peters** _____     Case No. _____

Debtor(s)     Chapter    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,700.00** |
| Prior to the filing of this statement I have received | $ | **2,500.00** |
| Balance Due | $ | **1,200.00** |

2.  $ **310.00**    of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 10, 2017** _____       /s/ Timothy P. Kirkpatrick,
_Date_       **Timothy P. Kirkpatrick, 20251/ Mark Needham, 9914**
_Signature of Attorney_
**Kirkpatrick and Associates, LLC**
**3501 N. Causeway Blvd., Ste# 750**
**Metairie, LA 70002**
**504-828-3311  Fax: 504-828-3314**
**kirkpatrick@kirkpatrick-law.com**
_Name of law firm_

---

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:

**Rita Larkins Peters**

Debtor

Bankruptcy Case No.

### Bankruptcy Rule 2016(b) Disclosure of Fixed Fee Agreement

1. I, **Timothy P. Kirkpatrick, 20251/ Mark Needham, 9914**, have agreed to provide the following services to the Debtor(s) on a fixed fee basis for a period ending not less than 120 days after confirmation of Debtor(s)' Chapter 13 plan:

    A. Counsel with the Debtor(s) on an as needed basis;

    B. Prepare and timely file a proposed Chapter 13 plan and any required amendments to the plan;

    C. Prepare and timely file the required petition, schedules, statement of financial affairs, and all other required documents;

    D. Prepare and file miscellaneous motions required to protect the debtor(s)' interests in the case;

    E. Prepare and file responses to motions filed against debtor(s)-even if the response is a statement that the debtor(s) have no opposition to the relief requested (Section A only)- and attend the scheduled hearing;

    F. Attend the 341(a) meeting of creditors;

    G. Review all proofs of claim filed; file proofs of claim for secured or priority claimants provided for under the plan, if the claimant does not timely file a proof of claim; and modify the plan after confirmation or object should a timely proof of claim require greater distributions than provided for by the confirmed plan;

    H. Prepare and file objections to claims necessary to confirm, implement or enforce the terms of a plan which could have been brought within 120 days of confirmation;

    I. Attend the confirmation hearing, if required under the circumstances, including but not limited to if an Objection is filed; and

    J. Advise the debtor(s) concerning their obligations and duties pursuant to the Bankruptcy Code, Bankruptcy Rules, applicable court orders and the provisions of their chapter 13 plan.

2. The fixed fee agreement does not include the following services:

    A. Representation of the debtor(s) in an adversary proceeding, either as a plaintiff or a defendant;

    B. Representation of the debtor(s) in a contested matter, the subject of which is extraordinary in the context of chapter 13 cases in the United States Bankruptcy Court for the Eastern District of Louisiana;

    C. Representation of the debtor(s) in any matter in which the Court orders fee shifting pursuant to which fees are to be paid by a person other than the debtor(s); and

    D. Representation on matters for which the first hearing is set more than 120 days following confirmation.

3. I have not shared or agreed to share any of the compensation paid or to be paid. The following sets forth all compensation that is being paid by any person or entity other than the Debtor(s).

4. As of the filing of this petition, I have received $ __2,500.00__ compensation and $ __1,200.00__ will be paid under the chapter 13 plan.

Dated   __August 10, 2017__

**/s/ Timothy P. Kirkpatrick,**
**Timothy P. Kirkpatrick, 20251/ Mark**
**Needham, 9914**
Counsel to Debtor(s)