UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: RITA LARKINS PETERS | CASE NO. 17-12128 |
| | SECTION B |
| DEBTOR | CHAPTER 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT ORDER**

Considering the Motion for Relief from Stay (the "Motion") (**P-46**) filed by SN Servicing Corporation, as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust, proper notice having been given, a hearing have been scheduled for August 7, 2019 and continued to September 11, 2019 and by consent of the parties, the stay is modified by the terms of this Order. As of the hearing date, the post-petition delinquency is itemized as follows:

1. 5 Post-Petition Installments of $1,511.17 each due for
   May 1, 2018 to September 1, 2018 …………………………………… $7,555.85

2. 3 Post-Petition Installments of $1,590.07 each due for
   October 1, 2018 to December 1, 2018 …………………………………… $4,770.21

3. 9 Post-Petition Installments of $1,557.19 each due for
   January 1, 2019 to September 1, 2019. ……………………………………$14,014.71

4. Attorney Fee ……………………………………………………….. 500.00

5. Court Cost ……………………………………………………………. 181.00

6. Suspense Balance ……………………………………………………….. (1,147.55)

                                                    TOTAL    **$25,874.22**

IT IS ORDERED that Debtor will pay the sum of $10,000.00 within fifteen (15) days from the entry of this Order thereby reducing the post-petition delinquency to $15,874.22. If SN Servicing Corporation does not receive $10,000.00 within the fifteen (15) days, then said event will constitute a default of this Order, and SN Servicing Corporation shall provide Debtor and Debtor's counsel with notice of default and fourteen (14) days right to cure. Should the default

not be cured within the fourteen (14) days, the Court shall lift the stay upon the presentation of an affidavit of default executed by a representative of SN Servicing Corporation.

IT IS FURTHER ORDERED that the Debtor shall cure the remaining post-petition delinquency of $15,874.22 by paying eleven (11) equal monthly installments of $1,322.85 and a twelfth (12th) and last monthly installment of $1,322.87 directly to SN Servicing Corporation beginning October 1, 2019 and ending September 1, 2020. This amount is in addition to the regular monthly payment. If SN Servicing Corporation does not receive the additional payment or any part thereof within thirty (30) days of its due date, which is the first (1st) of the month, then said event will constitute a default of this Order, and SN Servicing Corporation shall provide Debtor and Debtor's counsel with notice of default and fourteen (14) days right to cure. Should the default not be cured within the fourteen (14) days, the Court shall lift the stay upon the presentation of an affidavit of default executed by a representative of SN Servicing Corporation.

IT IS FURTHER ORDERED that Debtor shall pay the ongoing post-petition payments timely as they come due directly to SN Servicing Corporation commencing with the October 1, 2019 payment. Should SN Servicing Corporation not receive a regular post-petition payment on its due date, which is the first (1st) of the month, and thirty (30) days lapse without receipt of the payment, then said event will constitute a default of this Order, and SN Servicing Corporation shall provide Debtor and Debtor's counsel with notice of default and fourteen (14) days right to cure. Should the default not be cured within the fourteen (14) days, the Court shall lift the stay upon the presentation of an Affidavit of Default executed by a representative of SN Servicing Corporation.

IT IS FURTHER ORDERED that should this case be converted to any other Chapter of the Bankruptcy Code, this Order shall survive conversion. This order shall survive one (1) year

after entry of this order, or until this case is dismissed, if the dismissal occurs prior to the passage of the one (1) year period referenced herein.

IT FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, September 10, 2019.

                                            Hon. Jerry A. Brown
                                            U.S. Bankruptcy Judge

| Submitted by: | READ and AGREED: |
|---|---|
| /s/ Tabitha Mangano | /s/ Timothy P. Kirkpatrick |
| Tabitha Mangano (No. 32569) | Timothy P. Kirkpatrick (No. 20251) |
| JACKSON & McPHERSON, L.L.C. | Attorney for Debtor |
| 1010 Common Street, Suite 1800 | 3501 N. Causeway Blvd. Suite 750 |
| New Orleans, Louisiana 70112 | Metairie, Louisiana 70002 |
| 504-581-9444 | 504-828-3311 |